THE PEOPLE OF THE STATE OF NEW YORK v. JOHN MANGIA.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 copies of the typewritten or 19 copies of the mimeographed appellant's points, together with the original record, with this court on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Miss Frances Kahn, 401 Broadway, New York, on the request of the defendant, and on her consent, is assigned as counsel for appellant for the purpose of the appeal. Concur— Breitel, J. P., Rabin, Valente and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX GASTMAN.— Motion for leave to restore appeal to calendar and prosecute as a poor person denied. Concur— Breitel, J. P., Rabin, Valente and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PURNELL SYDNOR, against HENRY J. NOBLE, as Warden of the City of New York Penitentiary.— Motion for leave to prosecute appeal as a poor person denied. Concur— Breitel, J. P., Rabin, Valente and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED SCHMIDT.— Motion for reargument of motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD SCHILDHAUS against EDWARD DROS, as Warden of the Workhouse at Hart's Island, Bronx.— Motion to dismiss appeal from order entered February 19, 1960 granted. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD SCHILDHAUS against HARRY SILBERGLITT, as Warden of the City Prison, Borough of Manhattan.— Motion to dismiss appeal from order entered February 10, 1960, granted. Concur— Botein, P. J., Breitel, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT JOSEPH SPANO. — Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. The printing of the record on appeal and the appellant's points is dispensed with and leave is granted to have the appeal heard upon the original record, except that a certified copy of the indictment shall be substituted in place of the original indictment, and upon typewritten appellant's points on condition that appellant serves one copy of the typewritten appellant's points upon the District Attorney of Bronx County and files six copies thereof with the court, with the original record on appeal. Concur— Botein, P. J., Breitel, McNally and Stevens, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SIDNEY NEWMAN.— Motion for an enlargement of time granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before September 21, 1960. Concur— Botein, P. J., Breitel, McNally and Stevens, JJ.